UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

IN RE

JORGE DAMBAKLI					CASE NO.: 23-13627-LMI

        Debtor        /			CHAPTER 13

## RESPONSE TO THE BANK OF NEW YORK MELLON MOTION FOR RELIEF FROM AUTOMATIC STAY AND PROSPECTIVE IN-REM RELIEF FROM AUTOMATIC STAY FOR A PERIOD OF TWO YEARS

**COMES NOW**, Debtor, Jorge Dambakli, and files this his *Response To the Bank Of New York Mellon Motion For Relief From Automatic Stay and Prospective In-Rem Relief from Automatic Stay for a Period of Two Years[D.E. 120]* and as cause therefore states as follows:

1. On August 14, 2023, The Bank of New York Mellon filed their *Motion for Relief from Automatic Stay and Prospective In-Rem Relief From Automatic Stay For A Period Of Two Years [D.E.120]*.

2. The property being treated through the plan as an MMM and all documents have been provided to the Creditor.

3. We are attempting to obtain a date for mediation.

4. The Motion for Relief from Stay should be denied without prejudice until the MMM is resolved. The undersigned called April Harriot, Esq. on August 14, 2023 and left a message and has received a returned call.

**WHEREFORE**, the Creditor's Motion for Relief from Automatic Stay and Prospective In-Rem Relief from Automatic Stay for a Period of Two Years should be denied until there is a resolution to the MMM.

Dated: August 18, 2023

                                              Law Office of Michael J. Brooks, P.A
                                              Attorney for the Debtor
                                              8660 West Flagler Street, Suite 100
                                              Miami, Florida 33144
                                              Telephone: (877)-623-6123
                                              Email: Pleadings@bankruptcynow.com


                                              By: _____/s/_____
                                              Michael J. Brooks, Esq
                                              Florida Bar No. 434442